

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600 F: 516-282-7878

July 18, 2024



**_Via ECF and E-Mail_**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:    *Lynk Media, LLC v. Buzzfeed, Inc.;* Case No: 1:24-cv-03526-KPF

Dear Judge Failla:

We represent Plaintiff Lynk Media, LLC ("Plaintiff") in this matter. Pursuant to Section 2(C)(i) of Your Honor's Individual Rules of Practice, we write to respectfully request a brief adjournment of the pre-motion conference regarding defendant BuzzFeed, Inc. ("Defendant")'s request for leave to file a motion to dismiss. Plaintiff further requests a continuance of the Initial Pretrial Conference.

On July 16, 2024, Your Honor granted Defendant's request for a pre-motion conference which is currently scheduled for August 15, 2024 via telephone (ECF No. 12). Plaintiff respectfully requests an adjournment of the telephonic pre-motion conference to the following week and proposes August 19, August 21, or August 23 as alternative dates. The reason for the request is that Plaintiff's counsel has a prescheduled trip and will be returning on August 16, 2024. Defendant consents to this request.

In addition, the telephonic Initial Pretrial Conference is currently scheduled for July 23, 2024 (ECF No. 8). Plaintiff respectfully requests that the Pretrial Conference be continued to a date to be determined at the pre-motion conference. Defendant consents to this request as well.  The reason for the request is that the parties are not in agreement on the submission of a Proposed Civil Case Management Plan and Scheduling Order. Defendant believes discovery should be stayed pending a decision on the planned motion, while Plaintiff does not agree that discovery should be stayed.

This is Plaintiff's first request for an adjournment of the above conference dates.

We thank the Court for its time and consideration of this request.

Respectfully submitted,
/s *Renee J. Aragona*
Renee J. Aragona

cc: all counsel of record via ECF

Application GRANTED.  The pre-motion conference scheduled for August 15, 2024, is hereby ADJOURNED to **August 21, 2024,** at **12:00 p.m.**  The dial-in information remains the same and is as follows:  At 12:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.

As Defendant is contemplating a dispositive motion, the initial pre-trial conference is ADJOURNED *sine die*, pending the pre-motion conference on the motion to dismiss.  While Plaintiff may raise the issue of discovery at the conference, it is advised that it is the Court's general practice to stay discovery pending the resolution of a dispositive motion.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:     July 19, 2024          SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE