UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNK MEDIA, LLC,<br><br>       Plaintiff,<br><br>    -v.-<br><br>BUZZFEED, INC.,<br><br>       Defendant. | 24 Civ. 3526 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record at the May 29, 2025 telephonic conference, Defendant's motion to dismiss the Amended Complaint is hereby DENIED. Defendant is instructed to file its Answer to the Amended Complaint on or before **June 13, 2025.** The parties are ordered to meet and confer, and submit a proposed case management plan on or before **June 20, 2025.** The Clerk of Court is directed to terminate the pending motion at docket entry 16.

  SO ORDERED.

Dated: May 29, 2025
     New York, New York

                           KATHERINE POLK FAILLA
                           United States District Judge